————o————

J. F. JONES, Plaintiff in Error, *vs.* MARSHALL GIBSON, Defendant in Error.

1. Writ dismissed for want of final judgment.

*Error to Callaway Circuit Court.*

*L. W. McKinney,* for Defendant in Error.

*J. F. Jones, per se.*

NAPTON, Judge, delivered the opinion of the court.

In this case there is no final judgment, indeed no judgment final or interlocutory. The final entry on the record is "the parties appear, and the demurrer being heard is overruled; and the cause is continued."

The writ of error is dismissed. The other judges concur.